```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
OMAR GILCREST,                          :
                                        :
                Plaintiff,              :    07 Civ. 3117 (JSR)
                                        :
        -v-                             :    ORDER
                                        :
CITY OF YONKERS, et al.,                :
                                        :
                Defendants.             :
--------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

     Pursuant to the Rules for the Division of Business Among District Judges for the Southern District of New York, Rules 21 and 22, the Clerk of the Court is directed to transfer this case to the White Plains Courthouse.

     SO ORDERED.

                                            _____
                                              JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 27, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-28-07