# THE LAW OFFICES OF WELTON K. WISHAM, ESQ
### ATTORNEY AND COUNSELLOR AT LAW
### 305 BROADWAY 9th Floor
### NEW YORK, NEW YORK 10007

Office (212) 822-1496                         Facsimile: (212) 822-1407

August 17, 2007

BY: Fax
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York            **MEMO ENDORSED**
300 Quarrotas Street
White Plains, New York 10601

Re: **Omar Gilcrest v. City of Yonkers, New York, et. al.**
    **07 CV 3117 (SCR):**

   **Plaintiff's request to Extend Time To Submit Scheduling Order.**

Your Honor,

   I am Counsel to the plaintiff, Mr. Omar Gilcrest in the above caption civil rights action. This case was transferred from the Foley Square District Court to the White Plains District Court on Friday July 6, 2007 per the Honorable District Judge Jed. S. Rakoff.

   Process of Service on the defendants was completed on August 2, 2007 (See Exhibit 1: Affirmation of Service). The defendant's response to the complaint was just received on August 10, 2007. As of this date, I have not had an opportunity to consult with defense counsel Mr. Frank Rubino, Corporation Counsel for the City of Yonkers regarding your order requesting the parties submission of a scheduling order including a plan for discovery.

   Therefore, I am hereby requesting addition time to confer with Defendant's counsel and to submit a Scheduling Order in compliance with your request. No prior application has been made to this Court regarding this matter.

   I thank the Court for its time and consideration of this most important matter.

*Time to submit scheduling order is hereby extended until Fri., Sept. 28.*

Respectfully Submitted,
Welton K. Wisham, Esq.
Attorney for the Plaintiff.

Cc:
Mr. Frank Rubino
Corporation Counsel for the City of Yonkers New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSION    8/17/07